UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RICHARD LEWIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-675-TAV-CCS |
| | ) | |
| PETE ALMEIDA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously herewith, plaintiffs' Motion to Remand [Doc. 16] will be **DENIED**, defendant Car Max's Motion to Dismiss [Doc. 7] will be **GRANTED**, and plaintiffs' claim will be **DISMISSED with prejudice** as to all defendants pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.


s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE